

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

10/23/2015
SKEELS, JERE MICHAEL    Tr. Ct. No. 2-07-205-A        WR-84,079-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

UTF
Discharged

JERE MICHAEL SKEELS
GOREE UNIT - TDC # 1434959
7405 HWY 75 SOUTH
HUNTSVILLE, TX 77344        UTF